1  STEPHEN M. HAYES (SBN 83583)
   STEPHEN P. ELLINGSON (SBN 136505)
2  HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP
   203 Redwood Shores Pkwy., Ste. 480
3  Redwood City, California 94065
   Telephone: 650.637.9100
4  Facsimile: 650.637.8071

5  Attorneys for Defendant
   AMERICAN HOME ASSURANCE COMPANY

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 | MARIA TRINIDAD LOPEZ,              | CASE NO. C07-02464 MEJ
11 |         Plaintiffs,                |
                                        | **PROOF OF SERVICE**
12 |    v.                              |
13 | AMERICAN HOME ASSURANCE            |
   | COMPANY and DOES 1 through 50, inclusive |
14 |                                    |
   |         Defendants.                |
15

-1-
**PROOF OF SERVICE – CASE NO. C07-02464 MEJ**

| | |
|---|---|
| CASE NAME: | Lopez v. American Home Assurance Company |
| ACTION NO.: | C07-02464 MEJ |

## PROOF OF SERVICE

I am a citizen of the United States. My business address is 203 Redwood Shores Pkwy., Suite 480, Redwood Shores, California 94065. I am employed in the County of San Mateo where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

- [CONFORMED COPY] AMERICAN HOME ASSURANCE COMPANY'S NOTICE OF REMOVAL OF STATE ACTION UNDER 28 U.S.C. SECTIONS 1332 AND 1441(a) [DIVERSITY JURISDICTION]
- [CONFORMED COPY] AMERICAN HOME ASSURANCE COMPANY'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. SECTIONS 1332 AND 1441(a) [DIVERSITY JURISDICTION]; DEMAND FOR JURY TRIAL
- ECF REGISTRATION INFORMATION HANDOUT
- ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
- CASE MANAGEMENT STANDING ORDER MAGISTRATE JUDGE MARIA-ELENA JAMES
- NOTICE OF TRIAL ASSIGNMENT TO U.S. MAGISTRATE JUDGE AND ORDER TO FILE CONSENT/REQUEST FOR REASSIGNMENT FORM
- STANDING ORDER RE: DISCOVERY AND DISPUTE PROCEDURES FOR CASES ASSIGNED OR REFERRED TO MAG. JUDGE MARIA-ELENA JAMES
- BLANK JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] CASE MANAGEMENT ORDER
- STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA – CONTENTS OF JOINT CASE MANAGEMENT STATEMENT
- WELCOME TO THE U.S. DISTRICT COURT OF SAN FRANCISCO GUIDELINES
- NOTICE OF ASSIGNMENT OF CASE TO A U.S. MAGISTRATE JUDGE FOR TRIAL

☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Redwood Shores, California.

☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

Robert F. Campbell, Esq.
2831 Telegraph Ave.
Oakland, CA 94609
Telephone: 510.835.1948
Facsimile: 510.835.2418

**Attorney for Plaintiff
MARIA TRINIDAD LOPEZ**

☒   *(Federal)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 9, 2007 at Redwood Shores, California.

_____
Abigail Bowman