STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP
203 Redwood Shores Pkwy., Ste. 480
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
AMERICAN HOME ASSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA TRINIDAD LOPEZ,<br><br>        Plaintiffs,<br><br>v.<br><br>AMERICAN HOME ASSURANCE<br>COMPANY and DOES 1 through 50, inclusive<br><br>        Defendants. | CASE NO. C07-02464 MEJ<br><br>**DECLINATION TO PROCEED BEFORE<br>A MAGISTRATE JUDGE AND<br>REQUEST FOR REASSIGNMENT TO A<br>UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: July 10, 2007

HAYES DAVIS BONINO ELLINGSON
McLAY & SCOTT, LLP


By_____
STEPHEN M. HAYES
STEPHEN P. ELLINGSON
Attorneys for Defendant
AMERICAN HOME ASSURANCE COMPANY

141719                                    -1-