# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIA TRINIDAD LOPEZ,  )
                                ) CASE NO. C-07-2464 MEJ
        Plaintiff (s) )
   v.                      ) **NOTICE OF IMPENDING**
                                ) **REASSIGNMENT TO A**
                                ) **UNITED STATES**
AMERICAN HOME ASSURANCE CO.,   ) **DISTRICT COURT JUDGE**
                                )
       Defendant (s) )
                                )

     The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

__X__ (1) One or more of the parties has requested reassignment to a United States District Judge, or

_____ (2) One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

_____ (3) One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

     All previous hearing dates are hereby **VACATED.**

Dated: July 11, 2007

_____
Maria-Elena James
United States Magistrate Judge


_____
By: Brenda Tolbert, Deputy Clerk