1  STEPHEN M. HAYES (SBN 83583)
   shayes@hayesdavis.com
2  STEPHEN P. ELLINGSON (SBN 136505)
   sellingson@hayesdavis.com
3  CHERIE M. SUTHERLAND (SBN 217992)
   csutherland@hayesdavis.com
4  **HAYES DAVIS BONINO**
   **ELLINGSON McLAY & SCOTT, LLP**
5  203 Redwood Shores Pkwy., Suite 480
   Redwood City, California  94065
6  Telephone:  650.637.9100
   Facsimile:  650.637.8071
7
   Attorneys for Defendant
8  AMERICAN HOME ASSURANCE COMPANY
9
   ROBERT F. CAMPBELL (SBN 136153)
10 bobcampbell7@earthlink.net
   **LAW OFFICE OF ROBERT F. CAMPBELL**
11 2831 Telegraph Avenue
   Oakland, California 94609
12 Telephone:  510.835.1948
   Facsimile:  510.835.2418
13
   Attorney for Plaintiff
14 MARIA TRINIDAD LOPEZ

15                    UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17 MARIA TRINIDAD LOPEZ,              | CASE NO. C07-02464 SBA
18              Plaintiffs,
19        v.                          | **JOINT CASE MANAGEMENT**
                                       | **STATEMENT AND [PROPOSED]**
20 AMERICAN HOME ASSURANCE            | **ORDER**
21 COMPANY and DOES 1 through 50, inclusive
22              Defendants.
23
       Plaintiff Maria Trinidad Lopez and defendant American Home Assurance Company hereby
24
   submit their Joint Case Management Statement and Proposed Order.
25
26
27
28

142725

-1-

**I.**
**JURISDICTION AND SERVICE**

This Court has original jurisdiction under 28 U.S.C. § 1332, in that it is a civil action wherein the matter in controversy exceeds the sum of $75,000 exclusive of interest and costs, and is between citizens of different states.

Lopez filed her complaint in Alameda County Superior Court on December 18, 2006. American Home filed its answer to Lopez's complaint in State court. American Home timely removed this matter to the United States District Court for the Northern District of California on or about May 8, 2007. This case was originally assigned to the Honorable Judge Maria-Elena James. The case was reassigned to Judge Saundra Brown Armstrong on July 12, 2007.

There are no issues regarding personal jurisdiction and venue.

All parties have been served. No additional parties are contemplated at this time.

**II.**
**DESCRIPTION OF THE CASE**

This case arises from a dispute over the benefits available under an Accidental Death & Dismemberment ("AD&D") policy issued by American Home. Lopez contends that she is entitled to the AD&D benefits of the policy for the death of her son, Julio Paredes, and that American Home denied the claim in breach of contract and in bad faith. American Home denied her claim and contends that Julio Paredes death was not the result of a bodily injury caused by an accident.

**III.**
**DESCRIPTION OF FACTUAL AND LEGAL ISSUES IN DISPUTE**

**A.    Disputed Factual Issues**

  1. Whether American Home reasonably investigated Lopez's claim; and,

  2. Whether American Home reasonably evaluated Lopez's claim;

**B.    Disputed Legal Issues**

  1. Whether American Home breached the insurance contract;

  2. Whether American Home breached the implied covenant of good faith and fair dealing; and,

  3. Whether American Home engaged in malice, fraud, or oppression as required to

**JOINT CASE MANAGEMENT STATEMENT – CASE NO. C07-02464 SBA**

support a claim for punitive damages.

**C.    Other Factual Issues**

There are no other factual issues affecting service or additional, unnamed parties.

## IV.
## MOTIONS

American Home anticipates filing a motion for summary judgment, or in the alternative, partial summary judgment.

At this time, Lopez does not anticipate filing any motions.

There are no pending motions at this time.

## V.
## AMENDMENT OF PLEADINGS

No amendments are contemplated at this time.

## VI.
## EVIDENCE PRESERVATION

The parties agree to take steps to preserve evidence relevant to the issues reasonably evident in this case.

## VII.
## DISCLOSURES

The parties will make their initial witness and document disclosures under FRCP 26(a) on or before August 9, 2007.

## VIII.
## DISCOVERY

The parties jointly agree to adhere to the discovery limitations outlined in the Federal Rules of Civil Procedure.

American Home will propound the following discovery requests: (a) Special Interrogatories; (b) Requests for Production; and, (c) Subpoena Oakland Police Department records. American Home will also depose Lopez and other individuals that may be identified during the course of this litigation.

Lopez will propound the following discovery requests: (a) Special Interrogatories and (b) Requests for Documents. Lopez will request American Home's claim file. Lopez will depose

1  American Home representatives and other individuals that may be identified during the course of this
2  litigation.
3         The parties further intend to supplement disclosures or discovery responses pursuant to Rule
4  26(e) and will serve and file certification that all supplementation has been completed thirty days
5  prior to the close of discovery.

**IX.**
**CLASS ACTIONS**

7  Not applicable.

**X.**
**RELATED CASES**

10  Not applicable.

**XI.**
**RELIEF**

      Lopez seeks general, special and punitive damages in an unspecified amount.  Lopez also
requests attorney's fees incurred in obtaining policy benefits based on Lopez's alleged breach of the
implied covenant of good faith and fair dealing.
      American Home requests that Lopez takes nothing by her complaint.  American Home seeks
costs of suit incurred herein and such other and further relief as the court deems proper.

**XII.**
**SETTLEMENT AND ALTERNATIVE DISPUTE RESOLUTION**

      American Home and Lopez are willing to participate in the early neutral evaluation.  The
parties are discussing mediation as an alternative.

**XIII.**
**CONSENT TO UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES**

      The parties do not consent to assignment of this case to a United State Magistrate Judge.

**XIV.**
**OTHER REFERENCES**

25  Not applicable.

**XV.**
**NARROWING OF ISSUES**

      Not applicable.

142725

-4-
**JOINT CASE MANAGEMENT STATEMENT – CASE NO. C07-02464 SBA**

## XVI.
## EXPEDITED SCHEDULE

Not applicable.

## XVII.
## SCHEDULING

The parties propose the following schedule:

1.  Deadline to complete non-expert discovery:     July 25, 2008

2.  Deadline for hearing dispositive motions:      August 22, 2008

3.  Disclosure of experts:                          September 26, 2008

4.  Deadline to complete expert discovery:          October 24, 2008

4.  Deadline for hearing on discovery motions:      November 21, 2008

6.  Pretrial Conference:                            January 9, 2009

7.  Trial:                                          February 2, 2009

## XVIII.
## TRIAL

This case will be a jury trial and the parties expect the trial will require approximately 5 to 7 court days.

## XIX.
## DISCLOSURE OF NON-PARTY ENTITIES OR PERSONS

The following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1.  Maria Trinidad Lopez.

2.  American Home Assurance Company.

/ / /

/ / /

/ / /

## XX.
## ALL OTHER ITEMS

Not applicable.

Dated: **8/9/07** , 2007          LAW OFFICE OF ROBERT F. CAMPBELL

By _____

ROBERT F. CAMPBELL
Attorney for Plaintiff
MARIA TRINIDAD LOPEZ


Dated: *8-9-07* , 2007          HAYES DAVIS BONINO ELLINGSON
McLAY & SCOTT, LLP

By _____

STEPHEN M. HAYES
STEPHEN P. ELLINGSON
CHERIE M. SUTHERLAND
Attorneys for Defendant
AMERICAN HOME ASSURANCE
COMPANY


## CASE MANAGEMENT ORDER

The Case Management Statement and Proposed Order are hereby adopted by the Court as the Case Management Order for the case and the parties are hereby ordered to comply with this Order.

Dated: _____, 2007

_____

SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT COURT
JUDGE FOR THE NORTHERN DISTRICT
OF CALIFORNIA

142725