United States District Court<br>Northern District of California

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT

## Northern District of California

| Lopez, | 07-02464 SBA |
|---|---|
| Plaintiff(s), | **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |
| v. | |
| American Home Assurance Company, | |
| Defendant(s). | |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
07-02464 SBA                                          -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: August 29, 2007

                                RICHARD W. WIEKING
                                Clerk
                                by:   Timothy J. Smagacz

                                */s/ Timothy Smagacz*
                                ADR Administrative Assistant
                                415-522-4205
                                Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

PROOF OF SERVICE

Case Name:      Lopez v. American Home Assurance Company

Case Number:    07-02464 SBA

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>   ADR Program
>   United States District Court
>   Norther District of California
>   450 Golden Gate Avenue Floor 16
>   San Francisco, CA 94102

On August 29, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>   Robert F. Campbell
>   Law Office of Robert F. Campbell
>   2831 Telegraph Avenue
>   Oakland, CA 94609
>   bobcampbell7@earthlink.net
>
>   Stephen M. Hayes
>   Hayes, Davis, Ellingson, McLay & Scott LLP
>   203 Redwood Shores Parkway
>   Suite 480
>   Redwood Shores, CA 94065
>   shayes@hayesdavis.com
>
>   Stephen P. Ellingson
>   Hayes, Davis, Ellingson, McLay, & Scott LLP
>   203 Redwood Shores Parkway
>   Suite 480
>   Redwood Shores, CA 94065
>   sellingson@hayesdavis.com
>
>   Cherie M. Sutherland

Hayes Davis Bonino Ellingson McLay & Scott, LLP
980 9th Street, 16th Floor
Sacramento, CA 95814
csutherland@hayesdavis.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 29, 2007 in San Francisco, California.

          RICHARD W. WIEKING
          Clerk
          by:    Timothy J. Smagacz

          */s/ Timothy Smagacz*
---
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov