UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL CASE MANAGEMENT CONFERENCE MINUTES

Date: 9/19/07

C-07-02464 SBA           JUDGE: SAUNDRA BROWN ARMSTRONG

Title:     LOPEZ vs. AMERICAN HOME ASSURANCE COMPANY

Atty.: ROBERT CAMPBELL          STEVE ELLISON

Deputy Clerk: Lisa R. Clark          Court Reporter:    N/R
**PROCEEDINGS**
Plt   DFT
( )  ( ) 1.  TELEPHONE CASE MANAGEMENT CONFERENCE - HELD
( )  ( ) 2. _____
( )  ( ) 3. _____
( )  ( ) 4. _____
( ) Motion(s)   ( ) Granted   ( ) Denied   ( ) Off Calendar
          ( ) Granted/Part  ( ) Denied/Part  ( ) Submitted
(X) Order to be prepared by  ( ) Plaintiff  ( ) Deft  (X) Court

**RESULT OF CASE MANAGEMENT CONFERENCE**
Case Continued to_____ for a Telephone Case Management Conference at ___ p.m.
Case Continued to_____ for OSC RE:_____
Case Continued to_____ for _____Motion Hearing
Brief Sched. Motion papers by_____ Opposition by_____ Reply by_____
General Discovery Cut-off 7/25/08  Expert Discovery Cut-off 10/24/08
Plft to name Experts by 9/26/08   Deft to name Experts by 9/26/08
All Dispositive Motions to be heard by ( Motion Cut-off) 9/2/08
Case Continued to 11/25/08 for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due 11/4/08 Motions in limine/objections to evidence due 11/11/08 Responses to motions in limine and/or responses to objections to evidence due 11/18/08
Case Continued to 12/8/08 for Trial(Court/Jury: 5-7 Days) at 8:30 a.m.
(X) REFERRED TO MAGISTRATE   TO BE ASSIGNED FOR SETTLEMENT CONFERENCE
( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS
 Notes: CASE REFERRED TO END; MANDATORY SETTLEMENT CONFERENCE TO BE HELD BETWEEN 10/27-11-3-08 BEFORE A MAGISTRATE JUDGE.
                                                    cc: WINGS HOM AND ADR VIA FAX