# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Lopez,<br><br>         Plaintiff(s),<br><br>   v.<br><br>American Home Assurance Company,<br><br>         Defendant(s). | 07-02464 SBA ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

> **Michael G.W. Lee**
> Law Offices of Michael G.W. Lee
> 360 Post Street, 8th Floor
> San Francisco, CA 94108
> 415-788-9000

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-02464 SBA ENE                                   - 1 -

1    Counsel are reminded that the written ENE statements required by the ADR L.R.
2 5-8 shall NOT be filed with the court.

4 Dated: September 27, 2007

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov