STEPHEN M. HAYES (SBN 83583)
shayes@hayesdavis.com
STEPHEN P. ELLINGSON (SBN 136505)
sellingson@hayesdavis.com
CHERIE M. SUTHERLAND (SBN 217992)
csutherland@hayesdavis.com
**HAYES DAVIS BONINO**
**ELLINGSON McLAY & SCOTT, LLP**
203 Redwood Shores Pkwy., Suite 480
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
AMERICAN HOME ASSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA TRINIDAD LOPEZ,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HOME ASSURANCE COMPANY and DOES 1 through 50, inclusive<br><br>Defendants. | CASE NO. C07-02464 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY THE ORDER SELECTING ADR PROCESS** |

All parties, by and through their respective counsel, hereby stipulate to revise certain deadlines in the Order Selecting ADR Process as follows:

**I.**
**RECITALS**

1. Pursuant to the parties' stipulation selecting Early Neutral Evaluation, the Court appointed Michael G.W. Lee as the evaluator.

2. Following the initial status conference, the parties agreed that a private mediation will produce the greatest likelihood of settlement.

3. At the initial case management conference in this matter, the parties informed the Court of their desire to utilize private mediation. The parties have also informed Mr. Lee, who has not scheduled the early neutral evaluation.

149511

-1-

**STIPULATION AND [PROPOSED] ORDER TO MODIFY THE ORDER SELECTING ADR PROCESS –**
**CASE NO. C07-02464 SBA**



4.  For these reasons, the parties have agreed to stipulate to modify the Order Selecting ADR Process.

Accordingly, the parties hereby stipulate to modifying the Order Selecting ADR Process as follows:

## II.
## STIPULATION

The parties hereby stipulate to the following modifications to the Order Selecting ADR Process:

1. Private process ADR via mediation with the Honorable Robert L. Dossee (Ret.);

2. The parties agree to hold the ADR session within 120 days from the date of entry of this order.

Dated: 12/20, 2007

LAW OFFICE OF ROBERT F. CAMPBELL

By _____
ROBERT F. CAMPBELL
Attorneys for Plaintiff
MARIA TRINIDAD LOPEZ

Dated: 12/20, 2007

HAYES, DAVIS, BONINO,
ELLINGSON, McLAY & SCOTT

By _____
STEPHEN P. ELLINGSON
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

149511

-2-

**STIPULATION AND [PROPOSED] ORDER TO MODIFY THE ORDER SELECTING ADR PROCESS –
CASE NO. C07-02464 SBA**

# [PROPOSED] ORDER

Pursuant to the parties' stipulation, the Order Selecting ADR Process is hereby modified as follows:

1. Private process ADR via mediation with the Honorable Robert L. Dossee (Ret.);

2. The parties shall hold the ADR session within 120 days from the date of entry of this order.

IT IS SO ORDERED.

Dated: _____, 2007

_____
HONORABLE SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

149511

-3-

**STIPULATION AND [PROPOSED] ORDER TO MODIFY THE ORDER SELECTING ADR PROCESS –
CASE NO. C07-02464 SBA**