**HAYES**
**DAVIS**
**BONINO**
**ELLINGSON**
**McLAY**
**& SCOTT, LLP**

ATTORNEYS AT LAW

203 Redwood Shores Parkway, Suite 480
Redwood City, CA 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071
www.hayesdavis.com

February 4, 2008

**_VIA E-FILING ONLY_**

The Honorable Saundra B. Armstrong
United States District Court for the
Northern District of California
1301 Clay Street, Suite 400S
Oakland, CA 94612-5212

Re: **Lopez v. American Home Assurance Company**
**U.S.D.C. Case No.: C07-02464 SBA**
**Letter of Inquiry re Status of Stipulation and Proposed Order**

Your Honor:

We write to inquire into the status of a stipulation and proposed order to modify the order selecting ADR process, which was filed on December 21, 2007. A copy of the stipulation and proposed order are enclosed for your convenience. Please let us know if you require additional information.

Thank you very much for your attention to this matter.

Sincerely,

Melissa A. Wurster

Enclosure

cc: Robert F. Campbell, counsel for plaintiff (via e-filing)

(157758)

Silicon Valley • San Francisco • Los Angeles • Sacramento

1  STEPHEN M. HAYES (SBN 83583)
   shayes@hayesdavis.com
2  STEPHEN P. ELLINGSON (SBN 136505)
   sellingson@hayesdavis.com
3  CHERIE M. SUTHERLAND (SBN 217992)
   csutherland@hayesdavis.com
4  **HAYES DAVIS BONINO**
   **ELLINGSON McLAY & SCOTT, LLP**
5  203 Redwood Shores Pkwy., Suite 480
   Redwood City, California 94065
6  Telephone: 650.637.9100
   Facsimile: 650.637.8071
7
   Attorneys for Defendant
8  AMERICAN HOME ASSURANCE COMPANY

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11 | MARIA TRINIDAD LOPEZ,                  | CASE NO. C07-02464 SBA
12 |         Plaintiffs,                     |
                                             | **STIPULATION AND [PROPOSED]**
13 |    v.                                   | **ORDER TO MODIFY THE ORDER**
                                             | **SELECTING ADR PROCESS**
14 | AMERICAN HOME ASSURANCE                 |
   | COMPANY and DOES 1 through 50, inclusive|
15 |                                         |
   |         Defendants.                     |
16

17

18     All parties, by and through their respective counsel, hereby stipulate to revise certain

19 deadlines in the Order Selecting ADR Process as follows:

20                                    I.
                                   RECITALS
21
       1.    Pursuant to the parties' stipulation selecting Early Neutral Evaluation, the Court
22
   appointed Michael G.W. Lee as the evaluator.
23
       2.    Following the initial status conference, the parties agreed that a private mediation
24
   will produce the greatest likelihood of settlement.
25
       3.    At the initial case management conference in this matter, the parties informed the
26
   Court of their desire to utilize private mediation. The parties have also informed Mr. Lee, who has
27
   not scheduled the early neutral evaluation.
28

149511                               -1-
**STIPULATION AND [PROPOSED] ORDER TO MODIFY THE ORDER SELECTING ADR PROCESS –**
**CASE NO. C07-02464 SBA**

4. For these reasons, the parties have agreed to stipulate to modify the Order Selecting ADR Process.

Accordingly, the parties hereby stipulate to modifying the Order Selecting ADR Process as follows:

## II.
## STIPULATION

The parties hereby stipulate to the following modifications to the Order Selecting ADR Process:

1. Private process ADR via mediation with the Honorable Robert L. Dossee (Ret.);

2. The parties agree to hold the ADR session within 120 days from the date of entry of this order.

Dated: 12/20, 2007

LAW OFFICE OF ROBERT F. CAMPBELL

By _____
ROBERT F. CAMPBELL
Attorneys for Plaintiff
MARIA TRINIDAD LOPEZ

Dated: 12/20, 2007

HAYES, DAVIS, BONINO,
ELLINGSON, McLAY & SCOTT

By _____
STEPHEN P. ELLINGSON
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

149511

-2-

STIPULATION AND [PROPOSED] ORDER TO MODIFY THE ORDER SELECTING ADR PROCESS –
CASE NO. C07-02464 SBA

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, the Order Selecting ADR Process is hereby modified as follows:

1. Private process ADR via mediation with the Honorable Robert L. Dossee (Ret.);

2. The parties shall hold the ADR session within 120 days from the date of entry of this order.

IT IS SO ORDERED.

Dated: _____, 2007

HONORABLE SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

149511

-3-

**STIPULATION AND [PROPOSED] ORDER TO MODIFY THE ORDER SELECTING ADR PROCESS – CASE NO. C07-02464 SBA**