STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
**HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP**
203 Redwood Shores Pkwy., Suite 480
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
AMERICAN HOME ASSURANCE COMPANY

ROBERT F. CAMPBELL (SBN 136153)
**LAW OFFICES OF ROBERT F. CAMPBELL**
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: 510.835.1948
Facsimile: 510.835.2418

Attorney for Plaintiff
MARIA TRINIDAD LOPEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA TRINIDAD LOPEZ,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HOME ASSURANCE COMPANY and DOES 1 through 50, inclusive<br><br>Defendants. | CASE NO. C07-02464 SBA<br><br>**STIPULATION OF DISMISSAL; [PROPOSED] ORDER**<br>[Fed. Rule Civ. Proc., Rule 41(a)(1) |

IT IS HEREBY STIPULATED by plaintiff Maria Trinidad Lopez through her attorney of record, Robert Campbell and defendant American Home Assurance Company through their attorney of record Stephen P. Ellingson of Hayes Davis Bonino Ellingson McLay & Scott, LLP, that the above-captioned action be, and hereby is, DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure, rule 41(a)(1).

/ / /

/ / /

166340                             -1-
**STIPULATION OF DISMISSAL; [PROPOSED] ORDER – CASE NO. C07-02464 SBA**

| | | |
|---|---|---|
| 1 | Dated: **5/28**, 2008 | LAW OFFICE OF ROBERT F. CAMPBELL |

By_____
ROBERT F. CAMPBELL
Attorneys for Plaintiff
MARIA TRINIDAD LOPEZ

Dated: **5/6**, 2008

HAYES, DAVIS, BONINO,
ELLINGSON, McLAY & SCOTT

By_____
STEPHEN P. ELLINGSON
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

### ORDER

IT IS SO ORDERED.

Dated: _____, 2008

_____
HONORABLE SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

166340

-2-

STIPULATION OF DISMISSAL; [PROPOSED] ORDER – CASE NO. C07-02464 SBA