1  STEPHEN M. HAYES (SBN 83583)
   STEPHEN P. ELLINGSON (SBN 136505)
2  **HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP**
   203 Redwood Shores Pkwy., Suite 480
3  Redwood City, California 94065
   Telephone: 650.637.9100
4  Facsimile: 650.637.8071

5  Attorneys for Defendant
   AMERICAN HOME ASSURANCE COMPANY

6

7  ROBERT F. CAMPBELL (SBN 136153)
   **LAW OFFICES OF ROBERT F. CAMPBELL**
8  2831 Telegraph Avenue
   Oakland, CA 94609
9  Telephone: 510.835.1948
   Facsimile: 510.835.2418

10
   Attorney for Plaintiff
11 MARIA TRINIDAD LOPEZ

12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARIA TRINIDAD LOPEZ,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HOME ASSURANCE COMPANY and DOES 1 through 50, inclusive<br><br>Defendants. | CASE NO. C07-02464 SBA<br><br>**STIPULATION OF DISMISSAL; [PROPOSED] ORDER**<br>[Fed. Rule Civ. Proc., Rule 41(a)(1) |
|---|---|

   IT IS HEREBY STIPULATED by plaintiff Maria Trinidad Lopez through her attorney of record, Robert Campbell and defendant American Home Assurance Company through their attorney of record Stephen P. Ellingson of Hayes Davis Bonino Ellingson McLay & Scott, LLP, that the above-captioned action be, and hereby is, DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure, rule 41(a)(1).

/ / /

/ / /

166340                                    -1-
**STIPULATION OF DISMISSAL; [PROPOSED] ORDER – CASE NO. C07-02464 SBA**

1  Dated: **5/28**, 2008

LAW OFFICE OF ROBERT F. CAMPBELL

By _____
ROBERT F. CAMPBELL
Attorneys for Plaintiff
MARIA TRINIDAD LOPEZ

6  Dated: **5/6**, 2008

HAYES, DAVIS, BONINO,
ELLINGSON, McLAY & SCOTT

By _____
STEPHEN P. ELLINGSON
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

### ORDER

IT IS SO ORDERED.

Dated: **7/3**, 2008

_____
HONORABLE SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

166340

-2-

**STIPULATION OF DISMISSAL; [PROPOSED] ORDER – CASE NO. C07-02464 SBA**